UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEAN JUNIOR JACQUES,

                              Plaintiff,

-against-

IMPERIAL PARKING (U.S.), INC., et al.,

                              Defendants.
------------------------------------------------------------X

21 Civ. 7102 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated September 15, 2021, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is scheduled for October 28, 2021, at 10:50 a.m.;

    WHEREAS, on October 21, 2021, the parties filed a proposed case management plan.

    WHEREAS, the parties failed to file the joint letter. It is hereby

    **ORDERED** that, the parties shall file the joint letter no later than **October 25, 2021, at noon.**

Dated: October 22, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE