UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN JUNIOR JACQUES, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                    Plaintiff,

-against-

IMPERIAL PARKING (U.S.), INC., IMPERIAL PARKING (U.S.), LLC, IMPARK WATER, LLC,

                    Defendants.

Case No.: 21-cv-07102 (LGS)

**DEFENDANT IMPERIAL PARKING (U.S.), INC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Defendant Imperial Parking (U.S.), Inc., by and through its undersigned counsel, hereby certifies that it does not have a parent corporation, and that no publicly held corporation owns a 10% or more interest in Imperial Parking (U.S.), Inc.

                    Respectfully submitted,
                    JACKSON LEWIS P.C.
                    666 Third Avenue
                    New York, New York 10017
                    (212) 545-4000

Dated: October 22, 2021      By:   */s Adam S. Gross*
       New York, New York             Adam S. Gross

                    *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, the within **Rule 7.1 Disclosure Statement of Imperial Parking (U.S.), Inc.** was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

Joshua Levin-Epstein, Esq.
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, New York 10165

*ATTORNEYS FOR PLAINTIFF AND THE PROPOSED FLSA COLLECTIVE*

/s *Adam S. Gross*
Adam S. Gross

4890-8397-3888, v. 1