UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                              :
JEAN JUNIOR JACQUES,                                          :
                                        Plaintiff,            :
                                                              :                21 Civ. 7102 (LGS)
                    -against-                                 :
                                                              :                     ORDER
IMPERIAL PARKING (U.S.), INC.., et al.,                       :
                                        Defendants.  :
                                                              :
--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on March 11, 2022, the Court was informed that the parties have reached a

settlement agreement in principle.  It is hereby

        **ORDERED** that, by **April 15, 2022**, the parties shall submit: (*i*) the settlement agreement

to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court

must make in order to approve the settlement as fair and reasonable.  *See Cheeks v. Freeport*

*Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016);

*Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors

district courts have used to determine whether a proposed settlement is fair and reasonable).  It is

further

        **ORDERED** that all conferences are **CANCELED**, and all deadlines are **ADJOURNED**

sine die.

Dated: March 14, 2022
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**