UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JEAN JUNIOR JACQUES, on behalf of himself and all others similarly situated in the proposed FLSA Collective Action,

                              Plaintiff,

          -against-

IMPERIAL PARKING (U.S.), INC., IMPERIAL PARKING (U.S.), LLC, and IMPARK WATER, LLC,

                             Defendants.

Case No. 21-cv-07102 (LGS) (KHP)

## **STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

This Court, having considered and inspected the Settlement Agreement and Wage and Hour Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed with prejudice in its entirety against Defendants with no award of attorneys' fees or costs to any party.

                                                 Respectfully submitted,

By: *Adam S. Gross*
     Adam S. Gross, Esq.
     Gregory S. Slotnick, Esq.

     JACKSON LEWIS P.C.

     666 Third Avenue, 29th Floor
     New York, New York 10017
     *ATTORNEYS FOR DEFENDANTS*

By: _____
     Jason Mizrahi, Esq.

     LEVIN-EPSTEIN & ASSOCIATES, P.C.

     60 East 42nd Street, Suite 4700
     New York, New York 10165
     *ATTORNEYS FOR PLAINTIFF*

     SO ORDERED on this _____ day of _____, 2022.

     _____
     Hon. Lorna G. Schofield
     United States District Judge